| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | JOSEPH & NORINSBERG, ESQ., PLLC<br>110 E. 59th Street, Suite 2300<br>New York, New York 10022<br>Tel.: (212) 791-5396 \| Fax. No.: (212) 791-5396 |

**Plaintiff / Petitioner:**
Juan Igartua, on behalf of himself and all others similarly situated,

**Defendant / Respondent:**
201 East 30th Corp. d/b/a Smiley Exotics NY,

**AFFIRMATION OF SERVICE**

Case No:
1:24-cv-07111-JPO

Date Filed: September 20, 2024

State of New York, County of KINGS) ss.:

The undersigned being duly sworn, Affirms and states the following; deponent is not a party herein, is over 18 years of age and resides in the State of New York. That on Tuesday, October 15 2024 AT 03:34 PM AT 201 EAST 30TH STREET, NEW YORK, NY 10016, actual place of business, deponent served the within SUMMONS IN A CIVIL ACTION and CLASS ACTION COMPLAINT & DEMAND FOR JURY TRIAL on 201 East 30th Corp. d/b/a Smiley Exotics NY,

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[X] **Corporation:** a defendant therein named, by delivering a true copy of each to LILLIA "DOE" (NO LAST NAME PROVIDED), MANAGER, AND AUTHORIZED TO ACCEPT SERVICE ON BEHALF OF 201 East 30th Corp. d/b/a Smiley Exotics NY.

[ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. The wrapper bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the Defendant. Mailed on _____ .

[ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Recipient wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Age: | 20-35 | Ethnicity: | African American | Gender: | Female | Weight: | 151-170 lbs |
| Height: | 5'5" | Hair: | Black | Eyes: | N/A | Relationship: | N/A |
| Other: | N/A | | | | | | |

*(signature)*

JEREMIAH CHARLES
LIC# 2100727-DCA
PEAK PROCESS SERVERS, INC.
DCA Lic# 2079779-DCA
48 Davis Avenue, Port Washington NY 11050
Tel: 516.822.7070

I affirm this 16 day of OCTOBER, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.