UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

JUAN IGARTUA, on behalf of himself and all other

Plaintiff(s),

- against -

201 EAST 30th CORP. d/b/a SMILEY EXOTICS

Defendant(s),
--------------------------------------------------------------X

1:24 Civ. 7111 (JPO)

**CLERK'S CERTIFICATE OF DEFAULT**

I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on 9/19/2024 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) 201 EAST 30th CORP. d/b/a SMILEY EXOTICS NY by personally serving Lillia "Doe", Manager and authorized to accept service, and proof of service was therefore filed on 10/16/2024, Doc. #(s) 6.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

February 13, 2025

TAMMI M. HELLWIG
Clerk of Court

By: /s/ Negam Dulal
Deputy Clerk