UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN IGARTUA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>201 EAST 30TH CORP. d/b/a SMILEY EXOTICS NY<br><br>Defendant. | Case No.: 1:24-cv-07111-JPO<br><br>**MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |

**PLEASE TAKE NOTICE** that Plaintiff Juan Igartua, pursuant to Federal Rules of Civil Procedure 55(b) moves this Court for a default judgment and permanent injunction against Defendant, 201 EAST 30TH CORP. d/b/a SMILEY EXOTICS NY. The grounds for this motion are set forth in the accompanying Affirmation in Support and Memorandum of Law.

Dated: April 11, 2025
      New York, New York

Respectfully,

**Joseph & Norinsberg, LLC**

_____
Arjeta Albani, Esq.
Joseph & Norinsberg, LLC
*Attorney for Plaintiff*
110 East 59th Street, Suite 2300
New York, NY 10022

(212) 227-5700
arjeta@norinsberglaw.com